Case 4:24-cv-00655   Document 26   Filed on 12/03/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION ) ) Case No. 4:24-CV-00655 |
| TEXAS PARKWAY REALTY, LLC, | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed November 26, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, TEXAS PARKWAY REALTY, LLC, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on ___December 03, 2024___.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE